IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| v. | ) CR. NO.   3:14-cr-00130-WHA |
| | ) |
| | ) |
| **GUMECINDO MORALES-LOPEZ** | ) |

## ORDER TO DISMISS INDICTMENT WITHOUT PREJUDICE

For good cause shown, the Government's Motion to Dismiss Indictment is GRANTED, and it is hereby ORDERED, ADJUDGED, AND DECREED that the Indictment in this case is dismissed without prejudice.

DONE, this the 13th day of May, 2014.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE